**Order entered April 2, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00147-CR

**GARY ISAAC, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F00-00858-N**

## ORDER

Based on the Court's opinion of this date, we **DENY** as moot court reporter Debi Harris's

March 26, 2013 request for an extension of time to file the reporter's record.

/s/     LANA MYERS
         JUSTICE